FILED
JAN 15 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MME DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18CR4791-CAB |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | |
| OSCAR JESUS CASTILLO-RIOS, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 1/15/19

HON. CATHY ANN BENCIVENGO
United States District Judge